FILED
08 MAR 17 PM 12:51
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

) 
Plaintiff,           ) CV-08         1202
                     ) CASE NO. _____
vs.                  ) 
                     ) PRISONER'S  JSW
                     ) APPLICATION TO PROCEED
                     ) IN FORMA PAUPERIS
Defendant.           )
_____)

I, __Ronald D. Jackson__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____ N/A _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

LEXANT SERVICE, FREMONT, CA.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment     Yes ___ No ✓
   b. Income from stocks, bonds, or royalties?     Yes ___ No ✓
   c. Rent payments?     Yes ___ No ✓
   d. Pensions, annuities, or life insurance payments?     Yes ___ No ✓
   e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

3. Are you married?     Yes ___ No ✓

Spouse's Full Name: _____
Spouse's Place of Employment: N/A
Spouse's Monthly Salary, Wages or Income:
Gross $_____ Net $_____

4.    a.    List amount you contribute to your spouse's support:$ _____

1    b.   List the persons other than your spouse who are dependent upon you for
2         support and indicate how much you contribute toward their support. (NOTE:
3         For minor children, list only their initials and ages. DO NOT INCLUDE
4         THEIR NAMES.).
5    _____ N/A _____
6    _____
7   5.   Do you own or are you buying a home?   Yes ___ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?   Yes ___ No ✓
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ___ No ___ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account?   Yes ___ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____ N/A _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ___ No ✓ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No ✓
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ _____ N/A _____ Utilities: _____
23  Food: $ _____        _____ Clothing: _____
24  Charge Accounts:
25  Name of Account          Monthly Payment          Total Owed on This Acct.
26  _____   $ _____   $ _____
27  _____   $ _____   $ _____
28  _____   $ _____   $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

RESTITUTION TO CSP SOLANO $50.00

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ___
Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/13/08                        [signature]
DATE                           SIGNATURE OF APPLICANT

1
2                                                                Case Number: **CV 08 1202**
3
4
5
6
7
8                                    **CERTIFICATE OF FUNDS**
9                                                **IN**
10                                        **PRISONER'S ACCOUNT**
11
12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of **RONALD D. JACKSON** for the last six months
                                              [prisoner name]
14  **CSP SOLANO** where (s)he is confined.
          [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ **0.00** and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $ **0.00**.
18
19  Dated: **3/10/08**                                **Barbara Patton**
                                                    [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

MAR 07 2008

STATE OF CALIFORNIA
GA-22 (9/92)

**INMATE REQUEST FOR INTERVIEW**

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 3-5-08 | TRUST ACCOUNT | JACKSON, RONALD | V70867 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | FROM | TO |
|---|---|---|---|---|---|
| 1 | 103 | | | | |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) — ASSIGNMENT HOURS FROM / TO

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Could you please send me the copies that are requested for on the form. Thank you

INTERVIEWED BY: B. Patton

DISPOSITION: I'm Jackson all the orig paperwork will go to CCI Lemus m.m. CCI Lemus will call you into her office to mail out all legal documents. Thank you.

DATE: 3/10/08

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                    CALIFORNIA STATE PRISON SOLANO
                    INMATE TRUST ACCOUNTING SYSTEM
                    INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 10, 2008

ACCOUNT NUMBER : V70867                    BED/CELL NUMBER: S101T1000000103U
ACCOUNT NAME   : JACKSON, RONALD DEAN      ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION   COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -----------   --------   ---------   --------   -----------   -------

09/01/2007   BEGINNING BALANCE                                                 0.0

    ACTIVITY FOR 2008
01/28*DD30  CASH DEPOSIT   8894-2718              45.00                       45.0
02/11 FC01  DRAW-FAC 1     2934-2ND                          45.00             0.0


                              CURRENT HOLDS IN EFFECT
    DATE      HOLD
   PLACED     CODE       DESCRIPTION           COMMENT        HOLD AMOUNT
   ------     ----       -----------           -------        -----------
 02/27/2008   H119   LEGAL COPIES HOLD       3139-L/CPY           1.40


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/08/05                    CASE NUMBER: SC057334
COUNTY CODE: SM                             FINE AMOUNT: $      200.0

    DATE       TRANS.   DESCRIPTION                  TRANS. AMT.    BALANCE
    ----       ------   -----------                  -----------    -------

 09/01/2007   BEGINNING BALANCE                                        100.0

 01/28/08     DR30    REST DED-CASH DEPOSIT            50.00-           50.0

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY
  BEGINNING    TOTAL       TOTAL        CURRENT       HOLDS       TRANSACTION
   BALANCE   DEPOSITS   WITHDRAWALS    BALANCE      BALANCE      TO BE POSTE
  ---------  --------   -----------    -------      -------      -----------
     0.00      45.00       45.00         0.00         1.40           0.0


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                                 1.4
```



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Barbara Patton
TRUST OFFICE