1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  RENÉ A. CHACÓN, State Bar No. 119624
   Supervising Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5957
    Fax:  (415) 703-1234
8   Email:  rene.chacon@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD D. JACKSON,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>D.K. SISTO, Warden,<br><br>　　　　　　　Respondent. | No. C 08-1202 JSW (PR)<br><br>**APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER** |

　　　For the reasons stated in the accompanying declaration of counsel, respondent hereby requests a 30-day enlargement of time in which to file its Answer to the Petition for Writ of Habeas Corpus.  As explained in the accompanying declaration, counsel has assembled some of the state record and requires time to assemble the rest and complete review of those records in order to draft the responsive pleadings.

　　　Petitioner is a state prisoner serving life with the possibility of parole plus 20 years for attempted premeditated murder and other crimes.

　　　Wherefore, respondent respectfully requests that this Court grant an enlargement of

1  time, to and including August 6, 2008, in which to file its Answer.

2       Dated:  July 2, 2008

3                         Respectfully submitted,

4                         EDMUND G. BROWN JR.
                          Attorney General of the State of California

5                         DANE R. GILLETTE
                          Chief Assistant Attorney General

6
                          GERALD A. ENGLER
7                         Senior Assistant Attorney General

                          PEGGY S. RUFFRA
8                         Supervising Deputy Attorney General

9

10

11
                          /s/   RENÉ A. CHACÓN
12                        Supervising Deputy Attorney General
                          Attorneys for Respondent
13
    RAC/cfl
14  20119591.wpd
    SF2008401662
15

---

Application for Enlargement of Time to file Answer                          No.  C 08-1202 JSW (PR)

2

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  RENÉ A. CHACÓN, State Bar No. 119624
   Supervising Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5957
    Fax:  (415) 703-1234
8   Email:  rene.chacon@doj.ca.gov

9  Attorneys for Respondent

10

11            IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14
   **RONALD D. JACKSON,**                No. C 08-1202 JSW (PR)
15
                       Petitioner,       **DECLARATION OF**
16                                       **COUNSEL IN SUPPORT OF**
            v.                           **APPLICATION FOR**
17                                       **ENLARGEMENT OF TIME**
   **D.K. SISTO, Warden,**               **TO FILE ANSWER**
18
                       Respondent.
19

20

21       I, Rene A. Chacon, declare under penalty of perjury as follows:

22       I am the California Supervising Deputy Attorney General assigned to represent

23  respondent warden in this case. I was prior counsel in state appellate proceedings following the

24  underlying state prison judgment. Respondent's Answer is currently due, July 7, 2008. I have

25  not previously requested any enlargement of time in this case.

26       Petitioner is presently serving life with the possibility of parole plus 20 years following

27  a jury trial. Petitioner appears pro se in this Court.

28       Since the Order to Show Cause issued from this Court, I have assembled part of the

1  state record from archives.  I have contacted the California Supreme Court and have ordered a

2  copy of petitioner's state habeas corpus petition.  That request remains pending.  I expect to

3  receive a copy of the state habeas petition within the next 10 days.  Thereafter, I will have the

4  complete state record and will be able to review it to draft the responsive pleading.  I fully expect

5  to review the record and draft the responsive pleading within the next 30 days.

6        Accordingly, I request that the Court grant respondent warden to and including August

7  6, 2008, in which to file its Answer or other responsive to the petition for writ of habeas corpus.

8  This application is made in good faith.

9        I declare under penalty of perjury of the laws of the State of California and the United

10 States of America that the foregoing is true and correct.  Executed at San Francisco, California

11 on July 2, 2008.

12

13                    /s/_____
                          RENE A. CHACON
14                    Supervising Deputy Attorney General

15
   RAC /cfl
16 20119594.wpd
   SF2008401662
17

Declaration of Counsel                                              No.  C 08-1202 JSW (PR)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RONALD D. JACKSON,** <br><br> Petitioner, <br><br> v. <br><br> **D.K. SISTO, Warden,** <br><br> Respondent. | No. C 08-1202 JSW (PR) <br><br> **[PROPOSED] ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until August 6, 2008, to file its Answer to the Petition for Writ of Habeas Corpus. If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within 30 days of his receipt of the Answer.

IT IS SO ORDERED.

Dated: _____     _____
JEFFREY S. WHITE
United States District Judge

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:  Ronald Jackson v. D.K. Sisto;    No.:   **C 08-1202 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 2, 2008</u>, I served the attached   **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER; DECLARATION OF COUNSEL; [PROPOSED] ORDER**   by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Ronald D. Jackson
CSP Solano
V70867
P.O. Box  4000
Vacaville, CA  95696


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 2, 2008, at San Francisco, California.


|  Carmelita F. Limaco  |  /s/  |
|  :---:  |  :---:  |
|  Declarant  |  Signature  |

20119613.wpd