FILED
JUL 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD D. JACKSON, <br> Petitioner, <br> v. <br> D.K. SISTO, Warden, <br> Respondent. | No. C 08-1202 JSW (PR) <br> [PROPOSED] ORDER <br> (Docket No. 5) |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until August 6, 2008, to file its Answer to the Petition for Writ of Habeas Corpus. If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within 30 days of his receipt of the Answer.

IT IS SO ORDERED.

Dated: 7/14/08

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RONALD D. JACKSON,

        Plaintiff,

v.

D.K. SISTO et al,

        Defendant.

Case Number: CV08-01202 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald D. Jackson
CSP Solano
V70867
P.O. Box 4000
Vacaville, CA 95696

Dated: July 14, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk