Ronald D. Jackson
V-70867-Bldg.1-103up
P.O. Box 4000 - C.S.P.-Solano
Vacaville, CA. 95696-4000

FILED
08 AUG 15 PM 2:14
[clerk stamp] U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The United States District Court
Northern District of California

| |
|---|
| Ronald D. Jackson<br>Petitioner<br><br>v.<br><br>D. K. Sisto, Warden<br>Respondent |

CASE NO.
C-08-1202 JSW (PR)
Motion and Request for an Enlargement of Time.

To the Honorable Jeffery S White,
United States District Judge

On July 22, 2008, the Respondent filed its court ordered answer to the petitioners federal Habeas Corpus. However the petitioner finds hisself at an disadvantage. Because of limited access to the prison law library. Because of lockdown's and staff shortages due to the current budget problem in California. Therefor the Petitioner Respectfully Request an Additional Ninty (90) days to prepare his pro se Traverse and the necessary research

1

that comes along with this task, the one (90) day enlargement of time will be adequate and greatly appreciated, that this enlargement began 8-21-08 to 11-21-08. would allow the necessary time which is need for a layman to law at best.

Thank You

I declare under the penalty of perjury that the information contained in this motion and Request for an enlargement of time is true and correct to the best of my knowledge. Respectfully Submitted this 14th day of August 2008. A California State Prison-Solano, located in Vacaville, CA. 95696-4000

Dated: August 14, 2008

_____
RONALD D. JACKSON

VERIFICATION
(C.C.P. §446; §2015.5; 28 U.S.C. §1746)

I, __Ronald D. Jackson__ declare under the penalty of perjury that:

I am the __Petitioner__ in the attached matter, I have read the foregoing documents and know the contents thereof, and the same is true of my own personal knowledge, or upon information and belief therein that they are true. That if called to testify as to the contents hereof, I could do so competently as a sworn witness.

Executed this __14th__ day of __August__, __2008__ at the California State Prison-Solano, in the City of Vacaville, County of Solano, State of California.

(Signature) _____
Declarant

*****************************************************************

DECLARATION OF SERVICE BY MAIL
(C.C.P.§1013(a); §2015.5; 28 U.S.C. §1746)

I, _____ declare; That I am a resident of the California State Prison-Solano. in the State of California. I am over the age of (18) years of age, I am [ ] am not [X] a party to the above entitled action. My address is P.O. Box 4000; cell (__4-104__), Vacaville, California 95696-4000.

I served the attached described documentation entitled:
__A Motion and Request for an Enlargement of Time.__

on the person(s)/entities/parties specified below by placing a true and duplicated copy(s) of the described documentation into a First Class Postage Paid envelope and submitted it to custody officials for inspection, sealing, and depositing in the United State Mail, consistent with the "Mailbox Rule": Houston v. Lack, 487 U.S. 266,108 S.Ct. 2379, 101 L.Ed.2d. 245 (1988) at the California State Prison-Solano, in Vacaville, California 95696-4000, addressed as follows:

U.S. District Court
Northern District of Calif,
450 Golden Gate Ave
Box 36060
S.F., CA. 94102

Office of the
Attorney General
455 Golden Gate Ave #11000
San Francisco, CA.
94102-3664

There is First Class mail delivery service by the United States Postal Service at the person(s)/entities/parties addresses and/or regular communications by Postal Service delivery at the addresses above. I declare under the penalty of perjury that the foregoing is true and correct according to my knowledge and beliefs, and that I executed the service on:

This __14th__ day of __August__, __2008__

(Signature) __Ralph Shaw Sr.__
Declarant

Ronald Jackson
V70867 1-103
CSP SOLANO
P. Box 4000
Vacaville, CA. 95696

LEGAL MAIL

CSP SOLANO
STATE PRISON

California

Solano

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.
450 Golden Gate Ave.
P.O. Box 36060
San Fran, CA. 94102

LEGAL MAIL

UNITED STATES POSTAGE
02 1A
0004632981
$ 00.42°
MAILED FROM ZIP CODE 95687
AUG 14 2008
PITNEY BOWES

9410283661 0004