1
2
3
4
5       IN THE UNITED STATES DISTRICT COURT
6       FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

| | | |
|---|---|---|
| RONALD D. JACKSON | ) | No. C 08-1202 JSW (PR) |
| Petitioner, | ) | |
| vs. | ) | **ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE** |
| J. WALKER, Warden, | ) | |
| Respondent. | ) | (Docket No. 8) |

Petitioner, a prisoner of the State of California has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. On August 15, 2008, Petitioner filed a motion seeking an extension of time to file a traverse to Respondent's answer to the petition. Good cause appearing, his request for an extension of time is GRANTED (docket no. 8). Petitioner shall file his traverse on or before ninety days from the date of this order.

IT IS SO ORDERED.

DATED: August 22, 2008

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RONALD D. JACKSON,

        Plaintiff,

v.

D.K. SISTO et al,

        Defendant.
                                                  /

Case Number: CV08-01202 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald D. Jackson
CSP Solano
V70867
P.O. Box 4000
Vacaville, CA 95696

Dated: August 22, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk