Ronald D. Jackson
V-70867 - Bldg. 1-103 up
P.O. Box 4000 - C.S.P. - Solano
Vacaville, CA.
95696-4000

**ORIGINAL**

AUG 26 PM 1:31

...W. ......
U.S. DISTRICT COURT
....... DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| Ronald D. Jackson<br>Petitioner<br><br>vs.<br><br>D.K. Sisto, Warden<br>Respondent | CASE NO:<br>C-08-1202-JSW(PR)<br>Petitioner's, Motion<br>And Request for<br>Appointment of<br>Counsel. |

To The Honorable Jeffery S. White, United States District Judge, pursuant to 28 U.S.C. § 1915(e)(1). The Plaintiff moves for an order appointing Counsel to represent him in this case. In support of this action the plaintiff states:

1) Petitioner is unable to afford Counsel. He has requested and been given leave to proceed in Forma Pauperis.

1

of petitioners imprisonment will greatly limit his ability to litigate the issues involved in this case, issues which are complex, and will require significant research and investigation. Petitioner has limited access to the law library and a limited knowledge of the law.

3) In the event of an evidentiary hearing this case will likely involve conflicting testimony and cross examination.

WHEREFORE, Petitioner respectfully request that this Honorable Court appoint his Counsel of the Courts choice.

Respectfully Submitted this 19th day of August 2008, from California State Prison - Solano, Located in Vacaville, Calif.

Date: August 19, 2008

Ronald O. Jackson

2.